NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Leemore Kushner
Kushner Law Group
801 North Citrus Avenue
Los Angeles, CA 90038
(323) 515-7894
(323) 544-8170



ATTORNEYS FOR: Plaintiff Malibu Media, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Malibu Media, LLC | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. | SACV12 651 DOC(JPRx) |
| John Does 1-10 | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Malibu Media, LLC
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Malibu Media, LLC | Plaintiff |
| Unknown John Does 1-10 | Defendants |

4/24/12
Date

*signature: Leemore Kushner*
Sign

Leemore Kushner
Attorney of record for or party appearing in pro per